DANIELA LABOUNTY, ESQ.
Nevada Bar No.13169
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510

*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| CHARISSE THOMAS,<br><br>  Plaintiff,<br>v.<br>WAL-MART STORES, INC, and DOES 1 through 100; And ROE CORPORATIONS 101 through 200, inclusive,<br><br>  Defendants. | Case No.: 2:14-cv-00248-JAD-VCF<br><br>**STIPULATION AND ORDER FOR**<br>**DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear their own fees and costs.

Dated: April 25, 2014.

| BERSTEIN & POISSON | PHILLIPS, SPALLAS & ANGSTADT |
|---|---|
| */s/ Christopher D. Burk* | */s/ Daniela LaBounty* |
| 320 S. Jones Blvd. | 504 S. Ninth Street |
| Las Vegas, NV 89107 | Las Vegas, NV 89101 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

### ORDER

Based on the parties' stipulation and good cause appearing,

**IT IS HEREBY ORDERED** that this case is DISMISSED with prejudice, each party to bear its own fees and costs.

Dated: April 28, 2014.

_____
UNITED STATES DISTRICT JUDGE

1 | party's own costs and attorney's fees.

2 | DATED this 25 day of _____, 2014.      DATED this 15 day of April, 2014.

3 | **BERNSTEIN & POISSON**                  **PHILLIPS, SPALLAS & ANGSTADT**

4 | _____                _____

5 | Christopher D. Burk, Esq.                Daniela LaBounty, Esq.
320 South Jones Boulevard                    504 South Ninth Street
Las Vegas, Nevada 89107                      Las Vegas, Nevada 89101

7 | *Attorneys for Plaintiff*                *Attorneys for Defendant*
*Charisse Thomas*                            *Wal-Mart Stores, Inc.*